■ In the Matter of PETER FORNABY, Appellant, v ZONING BOARD OF APPEALS OF THE CITY OF YONKERS et al., Respondents, and FRANK SINATRA, JR., et al., Intervenors-Respondents. — In a proceeding pursuant to CPLR article 78 to review a determination of the City Council of the City of Yonkers, which approved a determination of the Zoning Board of Appeals of the City of Yonkers, which granted the application of the intervenors for a special exception use permit, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered May 4, 1983, which dismissed the petition. ¶ Judgment affirmed, with one bill of costs, for reasons stated in the opinion of Justice Kelly at Special Term (see, also, *Matter of Town of Bedford v Village of Mount Kisco,* 33 NY2d 178, 186-189; *Curtiss-Wright Corp. v Town of East Hampton,* 82 AD2d 551, 557). Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.